mml

# CIVIL COVER SHEET

JS 44 - No. CALIF .(Rev. 4/97)

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO)

**I.(a) PLAINTIFFS**

JOHN N. BYRNE

**DEFENDANTS**

MICHAEL J. ASTRUE
Commissioner of Social Security

**MEJ**

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES)

Santa Clara

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
IAN M. SAMMIS, Attorney at Law, 1108 Tamalpais Avenue, #1
San Rafael, CA 94901  (415) 482-8253

ATTORNEYS (IF KNOWN)
JOSEPH P. RUSSONIELLO
United States Attorney

*E-filing*

**II. BASIS OF JURISDICTION** (PLACE AN "•" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☑ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "•" IN ONE BOX FOR PLAINTIFF
(For diversity cases only)                    AND ONE BOX FOR DEFENDANT)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN**    (PLACE AN "•" IN ONE BOX ONLY)

- ☑ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT**    (PLACE AN "•" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability |  | ☐ 640 RR & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth In Lending | ☐ 690 Other | **LABOR** | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt Relations | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability |  |  | ☐ 730 Labor/Mgmt Reporting & Disclosure Act | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
|  |  |  | ☐ 740 Railway Labor Act | ☑ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
|  |  |  | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Empl.Ret.Inc. Security Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motion to Vacate Sentence Habeas Corpus: |  | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 530 General |  | ☐ 870 Taxes (US Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing | ☐ 535 Death Penalty |  | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 540 Mandamus & Other |  |  |  |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights |  |  |  |
| ☐ 290 All Other Real Property |  | ☐ 555 Prison Condition |  |  |  |

**VI. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)    Appeal of a wrongful denial on a claim for Social Security disability benefits.

**VII. REQUESTED IN COMPLAINT:**    ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $ _____    CHECK YES only if demanded in complaint:    ☐ CHECK YES only if demanded in complaint:    JURY DEMAND: ☐ YES  ☑ NO

**VIII. RELATED CASE(S) IF ANY**    PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

**IX. DIVISIONAL ASSIGNMENT** (CIVIL L.R. 3-2) (PLACE A "•" IN ONE BOX ONLY)    ☑ SAN FRANCISCO/OAKLAND    ☐ SAN JOSE

DATE  8/26/08    SIGNATURE OF ATTORNEY OF RECORD

008 4136 MEJ



1  IAN M. SAMMIS
   Attorney at Law
2  Cal. State Bar #45883
3  1108 Tamalpais Avenue, #1
   San Rafael, CA 94901
4  Tel.: 415-457-4200

5  Attorney for Plaintiff

**E-filing**

6            UNITED STATES DISTRICT COURT
7           NORTHERN DISTRICT OF CALIFORNIA

8  JOHN N. BYRNE,                    )   **CV** No. **08**        **4136**
              Plaintiff,             )
9     vs.                            )   COMPLAINT
10                                   )   (42 U.S.C. § 405(g))
   MICHAEL J. ASTRUE,               )
11 Commissioner of Social Security, )                          **MEJ**
              Defendant.             )
12

13     The above-named Plaintiff makes the following representations to this court for the

14 purpose of obtaining judicial review of a decision of the Defendant adverse to the Plaintiff:

15 1.  The Plaintiff, whose Social Security Account number is ***-**-5582, is a resident of San

       Jose, Santa Clara County, California.
16
17 2.  The Plaintiff complains of a decision which adversely affects the Plaintiff in whole or in

       part.  Plaintiff requests this court to find that the decision has become the final decision of
18
       the Commissioner for purposes of judicial review.  It bears the following caption:
19

20     In the case of:           Claim for:

21
                                 Period of Disability, Disability Insurance
22     John N. Byrne             Benefits, and Supplemental Security Income
       (Claimant)
23                                       ***-**-5582

24                               (Social Security Number)

25

26 3. On August 8, 2008, Plaintiff was notified that the Appeals Council issued a notice finding

27    that the Administrative Law Judge's decision of December 28, 2007 was the final decision

      of the Commissioner of Social Security and thus jurisdiction is proper in this Court for
28
      Plaintiff to appeal the administrative decision pursuant to 405(g).

4. Plaintiff appeals this decision because he alleges (1) the Commissioner's actions, findings

BYRNE, COMPLAINT                                          page 1 of 2 pages

1  and conclusions were not supported by substantial evidence and (2) incorrect legal standards

2  were employed in the determination of the ultimate issues.

3  **WHEREFORE**  the Plaintiff seeks judicial review by this court to remand his claim or pay his

4  benefits; the entry of judgment for such other relief as may be proper, and for Equal Access to

5  Justice Fees including costs.

6

7  Dated: August 26, 2008

8

9

10  Signed /Ian M. Sammis/

11

IAN M. SAMMIS
12  Attorney for Plaintiff
John N. Byrne
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28