FILED

AUG 29 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

John N. Byrne

CV 08 4136

Plaintiff,        CASE NO. _____

vs.                      APPLICATION TO PROCEED     MEJ
Michael J. Astrue,       IN FORMA PAUPERIS
Commissioner of Social   (Non-prisoner cases only)
Security Administration
                Defendant.

I, JOHN N BYRNE, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.   Are you presently employed?        Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____   Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

1 | and wages per month which you received.

2 | _____

3 | _____

4 | _____

5 | 2.  Have you received, within the past twelve (12) months, any money from any of the

6 | following sources:

7 |     a.    Business, Profession or                    Yes ___ No ✓

8 |           self employment?

9 |     b.    Income from stocks, bonds,                 Yes ___ No ✓

10 |          or royalties?

11 |    c.    Rent payments?                             Yes ___ No ✓

12 |    d.    Pensions, annuities, or                    Yes ___ No ✓

13 |          life insurance payments?

14 |    e.    Federal or State welfare payments,         Yes ✓ No ___

15 |          Social Security or other govern-

16 |          ment source?

17 | If the answer is "yes" to any of the above, describe each source of money and state the amount

18 | received from each.

19 | Food Stamps of $150.00 pm From Social Welfare

20 | CASH AID of $160.00 pm From Social Welfare.

21 | 3.  Are you married?                                Yes ___ No ✓

22 | Spouse's Full Name: _____

23 | Spouse's Place of Employment: _____

24 | Spouse's Monthly Salary, Wages or Income:

25 | Gross $_____ Net $_____

26 | 4.  a.    List amount you contribute to your spouse's support: $ _____

27 |     b.    List the persons other than your spouse who are dependent upon you for support

28 |           and indicate how much you contribute toward their support. (NOTE: For minor

1       children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

2 _____

3 _____

4   5.    Do you own or are you buying a home?    Yes ___  No ✓

5 Estimated Market Value: $_____ Amount of Mortgage: $_____

6   6.    Do you own an automobile?    Yes ___  No ✓

7 Make _____ Year _____ Model _____

8 Is it financed? Yes _____ No _____ If so, Total due: $_____

9 Monthly Payment: $_____

10   7.    Do you have a bank account?  Yes ___  No ✓  (Do not include account numbers.)

11 Name(s) and address(es) of bank: _____

12 _____

13 Present balance(s):  $_____

14 Do you own any cash?  Yes ___  No ✓  Amount: $_____

15 Do you have any other assets?  (If "yes," provide a description of each asset and its estimated

16 market value.)                            Yes ___  No ✓

17 _____

18   8.    What are your monthly expenses?

19 Rent: $ __None_____  Utilities: __None_____

20 Food: $ 200.00 (Food Stamps)  Clothing: __None_____

21 Charge Accounts:

22 | Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
23 | HSBC | $ 50.00 | $ 1,400.00 (medical) |
24 | SeARS | $ 18.00 | $ 950.00 |
25 |  | $ | $ |

26   9.    Do you have any other debts?  (List current obligations, indicating amounts and to whom

27 they are payable.  Do not include account numbers.)

28 CARE Credit (medical) - $5,000.00 owed
Kaiser permanente (medical) - $600.00 owed
UCSF Clinic (medical) - $150.00 owed.

1
2  10.    Does the complaint which you are seeking to file raise claims that have been presented in
3  other lawsuits?   Yes ___  No ✓
4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5  which they were filed.
6
7
8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9  false statement herein may result in the dismissal of my claims.
10
11  8/17/2008.                          [signature]
12       DATE                           SIGNATURE OF APPLICANT