1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  LUCILLE GONZALES MEIS, SBN CO 15153
   Regional Chief Counsel, Region IX,
3  Social Security Administration
   ELIZABETH FIRER, SBN WI 1034148
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone:  (415) 977-8943
       Facsimile:  (415) 744-0134
7
   Attorneys for Defendant
8
                    UNITED STATES DISTRICT COURT
9                 NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11
   JOHN N. BYRNE,                    )
12                                   )        CIVIL NO. CV-08-04136 SC
          Plaintiff,                 )
13                                   )
          v.                         )        STIPULATION AND ORDER FOR
14                                   )        EXTENSION
   MICHAEL J. ASTRUE,                )
15 Acting Commissioner of           )
   Social Security,                  )
16                                   )
          Defendant.                 )
17 _____  )

18
          IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the
19
   approval of the Court, that the Commissioner have a 30-day extension of time in which to file a response
20
   to Plaintiff's Motion for Summary Judgment.  The extension is necessary because the Special Assistant
21
   United States Attorney for the Commissioner has experienced a significant increase in her workload due,
22
   in part, to absorbing the work load of attorneys who have left the Commissioner's San Francisco
23
   regional office.  In the month of March and the first two week in April, she has had to brief, answer or
24
   otherwise respond in 23 district court cases, plus brief a Ninth Circuit case.
25
          The Commissioner's response to Plaintiff's Motion for Summary Judgment will now be due on
26
   May 13, 2009.
27
   ///
28
   ///

1

2  Dated:  April 10, 2009                    /s/ *Ian M. Sammis*
3                                               (*As authorized via email*)
                                            IAN M. SAMMIS
4                                           Attorney for Plaintiff

5
                                            JOSEPH P. RUSSONIELLO
6                                           United States Attorney

7
   Dated:  April 10, 2009      By:          /s/ *Elizabeth Firer*
8                                           ELIZABETH FIRER
                                            Special Assistant United States Attorney
9

10

11          IT IS SO ORDERED.

12

13

14  Dated:  _____4/13/09_____

15                                          SAM
                                            Unite                              dge
16

17

18

19

20

21

22

23

24

25

26

27

28

2